THE LAW OFFICE OF RAMIRO S. FLORES, PLLC
55 West Franklin Street
Tucson, Arizona 85701
Tel: 520-884-5105
Fax: 520-884-5157
RAMIRO S. FLORES
Ariz. Bar No. 0019773
ramirofloreslaw@hotmail.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Rogelio Aboyte-Limon,<br><br>　　　　Defendant. | **Case No. 4:19-cr-00193-RCC-EJM-1**<br><br>**MOTION TO EXPEDITE SCHEDULED SENTENCING HEARING**<br><br>Honorable Judge Raner C. Collins |

It is expected that excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(D) may occur as a result of this motion or an order based thereon.

COMES NOW the Defendant, Rogelio Aboyte-Limon, by and through his attorney undersigned, and hereby moves this Court to Expedite the Sentencing Hearing currently scheduled for **April 29, 2019 at 09:30 a.m.** for the foregoing reasons:

1. Defendant accepted a plea agreement with provisions of 0-18 months.

    Defendant has been in custody since August 29, 2018 for pending charge.

2. Draft Pre-Sentence was disclosed to undersigned counsel on March 26, 2019.

3. Assistant United States Attorney, Heather Siegele, Esq., has been notified of this motion and expressed no objection to the relief requested in this motion.

4. Assigned United States Probation Officer, Jill Chantengco, has been notified of this motion to Expedite and expressed no objection to the relief requested in this motion.

Respectfully submitted this 1<sup>st day</sup> of April, 2019.

                                          THE LAW OFFICE OF RAMIRO S. FLORES, PLLC

                                          By   */s/Ramiro S. Flores*
                                                    Ramiro S. Flores
                                                    Attorney for Defendant

ORIGINAL of the foregoing filed
with the Clerk via CM/ECF, and
COPIES distributed electronically
this date to:

Honorable Judges Raner Collins
United States District Court

Ms. Heather Siegele, Esq.
Assistant United States Attorney

Ms. Jill Chantengco
United Probation Department