ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
HEATHER SIEGELE
Assistant U.S. Attorney
Arizona State Bar No. 023996
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: heather.siegele@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 19-00193-RCC |
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Rogelio Aboyte-Limon, aka Jaime Fernando Bautista, aka Raul Lopez-Montano, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following Sentencing Memorandum.

**Guideline Calculations:**

On January 22, 2019, the defendant, Rogelio Aboyte-Limon, pled guilty to False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542. The government has reviewed the Presentence Report (PSR) and has no objection to the guideline calculation of a total offense level of 12 and the defendant's placement in Criminal History Category III. In exchange for the defendant entering the pre-indictment plea, the government agreed not to bring charges for attempted illegal reentry of a removed alien under 8 U.S.C. 1326 or aggravated identity theft under 18 U.S.C. 1028A(a)(1), (c)(7). The sentencing range under the advisory guidelines is 15 to 21 months of incarceration. The sentencing range under the plea agreement is 0 to 18 months of incarceration. Sentencing is currently set for April 8, 2019.

**Offense Conduct:**

The defendant, Rogelio Aboyte Limon, is a Mexican citizen who was born in Bacum, Mexico, in 1971. He applied for a non-immigrant visa to enter the United States under his true name and personal identifying information in February of 1996, March of 1996, November of 1997, and February of 2004. The applications were all denied.

In April of 1999, the defendant was arrested and convicted of Improper Entry in violation of 8 U.S.C. 1325, under District of Arizona case number 99-02221M-P. He was sentenced to time served and deported to Mexico. In February 2000, he was again arrested and convicted of Improper Entry in violation of 8 U.S.C. 1325, this time under District of Arizona case number 00-06007M-P. He received a time served sentence and was again deported. He used the name Raul Lopez-Montano on both of these occasions, and immigration authorities created his A-file under that name. During his December 2018 interview, the defendant admitted that when he got caught smuggling illegal aliens through Nogales around the timeframe of these 1999 and 2000 arrests, he used the name Raul Lopez so that he did not have to stay in the United States and would instead be removed to Mexico.

In 2004, the defendant applied for a United States passport using the name Jaime Fernando Bautista. He claimed to be a United States citizen and submitted a picture of himself but used the personal information of the Bautista identity. The defendant was issued a passport under the fraudulently used name. The actual Jaime Fernando Bautista was born in a hospital in California in 1964. His mother took him to Mexico shortly thereafter and recent social media and newspaper articles show that he has been living in Bacum, Mexico, and is acquainted with the defendant.

After fraudulently obtaining the United States passport in the Bautista identity, the defendant divorced his wife, whom he had previously married under his true name, Rogelio Aboyte Limon. He then remarried her under the Bautista identity and filed immigration petitions with United States authorities for his wife and their children.

In September of 2010, the defendant was arrested and indicted in the Southern District of Indiana for conspiracy to possess with intent to distribute over 5 kilograms of

cocaine, CR-10-00021. According to the agent's affidavit supporting the complaint, the defendant was the driver of a truck with a camper shell attached to the back. He presented an Arizona driver's license in the Jaime Fernando Bautista identity. The camper was registered under the name Jaime Fernando Montano – a combination of the Bautista and Montano aliases. Two co-defendants were sleeping in the camper portion of the vehicle. After a canine alert, officers searched the truck and camper and found two propane tanks mounted inside the camper. When they cut the tanks open, law enforcement discovered multiple packages of cocaine, weighing approximately 26.9 kilograms. When officers ran the defendant's fingerprints, they discovered the previously used name of Raul Lopez-Montano and indicted him under that name. The defendant pled guilty to Possession with Intent to Distribute 5 Kilograms or more of Cocaine and was sentenced to 87 months imprisonment. That sentence was later reduced to 70 months. (PSR ¶ 22.)

While in prison for the drug trafficking offense, the defendant petitioned for clarification of his status, claiming that while he had been arrested under the Raul Lopez Montano name he was in fact Bautista, and therefore a United States citizen entitled to any benefits allowed to United States citizens in the Bureau of Prisons. Immigration officers interviewed him and reviewed the documents he presented including the fraudulently obtained United States passport. They subsequently took him out of removal proceedings, in part due to the United States passport he provided them. Upon completion of his prison term, the defendant had his supervised release transferred to the District of Arizona and was supervised under case CR-15-50199.

On December 2, 2015, the defendant submitted an application to renew his fraudulently obtained Bautista passport. He again used the name and personal information of the Bautista identity. In addition, item nine of the renewal application instructed him to list all other names he had used. He left the answer spaces for this item blank. Under penalty of perjury he signed that the statements on the application were true and correct and that he had not performed any of the acts listed under "acts or conditions" on the form. The prohibited acts included any federal or state drug offense. The passport renewal application

was granted, and the new passport was issued to his Tucson address. The defendant used this fraudulently obtained renewed passport to enter the United States on numerous occasions. (PSR ¶ 4.)

In 2018, agents from the United States Department of State, Diplomatic Security Service (DSS) began an investigation into the defendant's use of the Bautista identity and his fraudulently obtained United States passport. Through their investigation, agents confirmed that the defendant was using a false identity to fraudulently claim United States citizenship. They obtained a warrant for the defendant's arrest on August 29, 2018. During this time, the defendant was living in Bacum, Mexico, where he ran for mayor under his true name, Rogelio Aboyte-Limon. He was elected mayor of Bacum and entered office in September of 2018.

On December 27, 2018, the defendant tried to enter the United States at the DeConcini Port of Entry in Nogales, Arizona, using the Bautista passport. DSS agents arrested him on the passport fraud warrant. In a post-*Miranda* interview, the defendant made several contradictory statements but admitted that he had previously used the names Rogelio Aboyte Limon, Jaime Fernando Bautista, Raul Lopez, and Jose Lopez. He confirmed that he had submitted the Aboyte-Limon non-immigrant visa applications and that they had been denied. He also confirmed that he had registered for a Mexican identification number (CURP) under the name Aboyte-Limon and that he ran for office and was elected as the mayor of Bacum, Mexico under the name Aboyte-Limon.

On January 3, 2019, law enforcement interviewed three of the defendant's family members at a Texas port of entry as they entered the United States. They identified a picture of the defendant as their brother or uncle, Rogelio Aboyte Limon.

**Sentencing Recommendation:**

Having reviewed the findings and recommendations contained in the PSR, the government agrees with probation's recommendation of a term of 18 months of incarceration followed by 3 years of supervised release. Over the years, the defendant has used multiple identities to fraudulently manipulate United States government agencies and

functions to his benefit while also committing immigration offenses and a serious drug trafficking offense. As part of the current offense, the defendant falsely claimed United States citizenship by using an assumed identity, failed to list the numerous other names that he had previously used, and failed to include notification of his federal felony drug conviction. Through these false statements, he successfully obtained a renewal of the fraudulently obtained United States passport. This allowed him to continue traveling between the United States and Mexico despite his history of drug trafficking and his immigration violations. He continued to enter the United States under this fraudulent identity even while running for public office in Bacum, Mexico and after being elected mayor – a position that should include a respect for the law. The government's recommended term of incarceration takes into consideration the defendant's characteristics as well as his criminal history and his current offense conduct. It reflects the seriousness of his conduct, promotes respect for the law, and provides a just punishment that would afford adequate deterrence while protecting the public from further crimes of the defendant.

Respectfully submitted this 5th day of April, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Heather Siegele*

HEATHER SIEGELE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 5th day of April, 2019, to:

Ramiro Flores, Esq.
Attorney for Defendant

Jill Chantengco
U.S. Probation Officer